FILED by \_\_AW\_\_ D.C.

Dec 13, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

21-20598-CR-SCOLA/GOODMAN
CASE NO. _____
18 U.S.C. § 113(a)(5)

UNITED STATES OF AMERICA

v.

MAXWELL BERRY,

    Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

### COUNT 1
### Assault within Maritime and Territorial Jurisdiction of the United States
### (18 U.S.C. § 113(a)(5))

On or about August 1, 2021, in the special aircraft jurisdiction of the United States, while aboard Frontier Airlines flight 2239 en route from Philadelphia, Pennsylvania to Miami, Florida, with the Southern District of Florida being the district to which the defendant was first brought, the defendant,

**MAXWELL BERRY,**

assaulted a flight attendant of the aircraft, namely, "J.G.," in violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506.

### COUNT 2
### Assault within Maritime and Territorial Jurisdiction of the United States
### (18 U.S.C. § 113(a)(5))

On or about August 1, 2021, in the special aircraft jurisdiction of the United States, while aboard Frontier Airlines flight 2239 en route from Philadelphia, Pennsylvania to Miami, Florida,

with the Southern District of Florida being the district to which the defendant was first brought, the defendant,

**MAXWELL BERRY,**

assaulted a flight attendant of the aircraft, namely, "T.B.," in violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506.

## COUNT 3
### Assault within Maritime and Territorial Jurisdiction of the United States
### (18 U.S.C. § 113(a)(5))

On or about August 1, 2021, in the special aircraft jurisdiction of the United States, while aboard Frontier Airlines flight 2239 en route from Philadelphia, Pennsylvania to Miami, Florida, with the Southern District of Florida being the district to which the defendant was first brought, the defendant,

**MAXWELL BERRY,**

assaulted a flight attendant of the aircraft, namely, "C.A.," in violation of Title 18, United States Code, Section 113(a)(5) and Title 49, United States Code, Section 46506.

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
ADAM M. HAPNER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO._____

v.

MAXWELL BERRY,                    **CERTIFICATE OF TRIAL ATTORNEY***
                                  **Superseding Case Information:**

_____Defendant._____/

**Court Division:** (Select One)           New defendant(s)  ☐ Yes  ☐ No
☑ Miami  ☐ Key West  ☐ FTL             Number of new defendants _____
☐ WPB    ☐ FTP                          Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) No _____
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                  (Check only one)
   I    0 to 5 days        ☑         Petty          ☐
   II   6 to 10 days       ☐         Minor          ☐
   III  11 to 20 days      ☐         Misdemeanor    ☑
   IV   21 to 60 days      ☐         Felony         ☐
   V    61 days and over   ☐

6. Has this case previously been filed in this District Court? (Yes or No) No _____
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) No _____
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) No _____

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) No _____

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No) No _____

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) No _____

_Adam Hapner_
ADAM HAPNER
Assistant United States Attorney
FLA Bar No.      112006

*Penalty Sheet(s) attached                                              REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** MAXWELL BERRY

**Case No:** _____

Counts #: 1–3

Assault within Maritime and Territorial Jurisdiction of the United States

Title 18, United States Code, Section 113(a)(5)

\* **Max. Penalty:** Six (6) months' imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.