**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 21-cr-20598-RNS

**UNITED STATES OF AMERICA**

v.

**MAXWELL BERRY,**

    **Defendant.**

_____/

## FACTUAL PROFFER

The United States of America and Maxwell Berry (the "Defendant") agree that, were this case to proceed to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida and elsewhere:

On August 1, 2021, the Defendant was a passenger on Frontier Airlines flight number 2239 from Philadelphia to Miami. While onboard the aircraft and in the special aircraft jurisdiction of the United States, the Defendant physically assaulted three flight attendants. First, the Defendant intentionally touched T.B. against her will. Second, the Defendant intentionally touched C.A. against her will. Third, the Defendant struck J.G. in the face with a closed fist, wrestled with J.G., and kicked J.G. in the legs. After the flight landed, J.G. went to a hospital in Miami, where he was diagnosed with neck pain, a contusion, and muscle strain as a result of the assault. None of the victims of the Defendant's assaults were under the age of sixteen.

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the Defendant's knowing, willful, and intentional plea of guilty. The parties agree that these facts are sufficient to prove that the Defendant committed three simple assaults, in violation of 18 U.S.C. 113(a)(5).

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: 1/31/2022

By: *Adam Hapner*
ADAM M. HAPNER
ASSISTANT UNITED STATES ATTORNEY

Date: 10/29/21

By: _____
JASON W. KREISS
ATTORNEY FOR DEFENDANT

Date: 10/29/2021

By: _____
MAXWELL BERRY
DEFENDANT